UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE:  
   WITOLD A. KOSAREW  
   BRENDA K. KOSAREW  

CASE NO: 06-33932  
(Chapter 13)  

Debtors     JUDGE GUY R. HUMPHREY

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4014698**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 2/ 9 | CAPITAL ONE<br>% TSYS DEBT MANAGEMENT<br>BOX 5155<br>NORCROSS, GA  30091 | 55.22 |

/s/ Jeffrey M. Kellner  
Jeffrey M. Kellner  0022205  
Chapter 13 Trustee  
131 N LUDLOW ST   SUITE 900  
DAYTON, OH  45402-1161  
(937)222-7600   Fax (937)222-7383  
email: chapter13@dayton13.com  

Dated: 5/11/2010

Certificate of Service    06-33932

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| WITOLD A. KOSAREW<br>BRENDA K. KOSAREW<br>33 PEACH GROVE AVENUE<br>DAYTON, OH  45458 | KRISTIN RADWANICK<br>40 W FOURTH STREET<br>SUITE 525<br>DAYTON, OH  45424 | (9.1)<br>CAPITAL ONE<br>% TSYS DEBT MANAGEMENT<br>BOX 5155<br>NORCROSS, GA  30091 |
| (42.1n)<br>ECAST SETTLEMENT CORPORATION<br>BOX 7247 6971<br>PHILADELPHIA, PA  19170 | (43.1n)<br>HOLLY N WOLF<br>MANLEY DEAS KOCHALSKI LLC<br>BOX 165028<br>COLUMBUS, OH  43216 | (40.1n)<br>HSBC MORTGAGE SERVICES<br>BOX 21188<br>EAGAN, MN  55121 |
| (39.1n)<br>JOHN D CLUNK CO LPA<br>SCOTT P CIUPAK<br>5601 HUDSON DRIVE<br>HUDSON, OH  44236 | (41.1n)<br>LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>BOX 10587<br>GREENVILLE, SC  29603 | |

Jeffrey M. Kellner BY     /s/ Jeffrey M. Kellner     sv